LUNAR, APPELLANT, *v.* CITY OF CLEVELAND, APPELLEE.

[Cite as *Lunar v. Cleveland* (1994), 69 Ohio St.3d 673.]

(No. 93–1273—Submitted June 29, 1994—Decided July 27, 1994.)

---

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Andrew P. Krembs, David M. Paris* and *Joel Levin,* for appellant.

*Sharon Sobol Jordan,* Director of Law, and *Malcolm C. Douglas,* Assistant Director of Law, for appellee.

---

The judgment of the court of appeals is reversed on authority of *Moskovitz v. Mt. Sinai Med. Ctr.* (1994), 69 Ohio St.3d 638, 635 N.E.2d 331, and the judgment of the trial court is reinstated.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., concurs in judgment only.